UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 21-cv-21926-MARTINEZ

SHANE KNIGHT,

    Plaintiff,

v.

LAW OFFICES OF DANIEL C.
CONSUEGRA, P.L.,

    Defendant.

_____/

**<u>FINAL ORDER OF DISMISSAL WITH PREJUDICE ON JOINT STIPULATION</u>**

THIS CAUSE came before the Court upon the Parties' Joint Stipulation for Dismissal with Prejudice (the "Joint Stipulation"), (ECF No. 12). Having reviewed the record and Joint Stipulation and otherwise been fully advised as to the premises, it is:

ORDERED and ADJUDGED that that this action is DISMISSED with prejudice. All pending motions in this case are DENIED AS MOOT, and this case is CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this 23rd day of February, 2022.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record